# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 05-3130

_____

Billy Roy Tyler,                          *
                                          *
        Appellant,             *
                                          *
                                          *   Appeal from the United States
    v.                            *   District Court for the
                                          *   Southern District of Iowa.
                                          *
Harrah's Council Bluffs Casino,           *
                                          *   [UNPUBLISHED]
        Appellee.              *

_____

Submitted: December 7, 2006
Filed: December 14, 2006

_____

Before MURPHY, BYE and MELLOY, Circuit Judges.

_____

PER CURIAM.

Billy Roy Tyler appeals the district court's[1] adverse grant of summary judgment in his employment-discrimination suit. Having carefully reviewed the record, see Jacob-Mua v. Veneman, 289 F.3d 517, 520 (8th Cir. 2002) (de novo standard of review), we conclude summary judgment was proper for the reasons the district court stated. Accordingly, we affirm. See 8th Cir. R. 47B.

_____

_____

[1]The Honorable Robert W. Pratt, Chief Judge, United States District Court for the Southern District of Iowa.